## JACKSON v. STATE.
### No. 13968.

Court of Criminal Appeals of Texas.

Feb. 11, 1931.

▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬
▬▬▬

I. T. Ward and P. B. Ward, both of Cleburne, and Pat Russell, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for violation of the provisions of the Sunday Law, punishment being a fine of $25.

No bills of exception are brought forward. There is found in the record what purports to be a statement of facts which appears to have been signed by the attorneys, but it does not bear the approval of the trial judge. Without this the statement of facts cannot be considered.

The judgment is affirmed.